# IN THE SUPREME COURT OF THE STATE OF NEVADA

TANIKO CURT SMITH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70234

FILED

AUG 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's "Motion Pursuant to NRCP 60(b)(4) Void Judgment" as procedurally improper. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc:    Hon. Elissa F. Cadish, District Judge
       Taniko Curt Smith
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-26672